# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5046**                                    **September Term, 2024**

**1:25-cv-00400-AHA**
**1:25-cv-00402-AHA**

**Filed On:** February 26, 2025

AIDS Vaccine Advocacy Coalition and
Journalism Development Network, Inc.,

      Appellees

    v.

United States Department of State, et al.,

      Appellants

------------------------------

Consolidated with 25-5047

**BEFORE:**    Pillard, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for immediate administrative stay and for stay pending appeal, it is

**ORDERED** that appellees respond to the emergency motion by 1:00 p.m. today, February 26, 2025.

### Per Curiam

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
           Amy Yacisin
           Deputy Clerk